NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**PAICE LLC, THE ABELL FOUNDATION, INC.,**
*Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Appellee*

―――――――――

2016-1746, 2016-2034

―――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00904, IPR2014-01416.

―――――――――

**JUDGMENT**

―――――――――

RUFFIN B. CORDELL, Fish & Richardson, PC, Washington, DC, argued for appellants. Also represented by TIMOTHY W. RIFFE, BRIAN JAMES LIVEDALEN, DANIEL TISHMAN.

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, argued for appellee. Also represented by GABRIEL BELL; JOHN P. RONDINI, FRANK A. ANGILERI, ANDREW B. TURNER, Brooks Kushman PC, Southfield, MI.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 21, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court